UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60014-CR-WPD

UNITED STATES OF AMERICA
vs.
CHARLES BOHN

_____

FILED by _____ D.C.
INTAKE
APR - 3 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

THIS CAUSE is before the Court on the verbal request of the Pretrial Services Officer to amend the conditions of release on bond. The Court having considered said motion and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED that the request to Amend Conditions of Release be and the same is hereby   GRANTED   as follows:

> The defendant shall not be involved in telemarketing or any telemarketing activity except for the present job position he now holds without written consent of the court.

DONE AND ORDERED at Fort Lauderdale, Florida this 2nd day of April, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE/JUDGE

cc: United States Attorney
    United States Marshal
    Counsel for defendant
    Pretrial Services